AARON BOOKER
20 South Main Street, Unit 163
Bountiful, Utah 84011
Telephone: (385) 350-0517
aaron.booker.litigation@gmail.com
Plaintiff Pro Se

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| AARON BOOKER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF AMERICAN FORK, a Utah municipal corporation;<br>BRONSON KITCHEN, in his individual capacity; and<br>DOES 1–10, inclusive,<br><br>Defendants. | **EXHIBIT COVER PAGES AND NOTICE OF MANUAL FILING OF MEDIA EXHIBITS**<br><br>Case No.<br><br>Judge: |

**INDEX OF EXHIBITS**

| | |
|---|---|
| **EXHIBIT A** | American Fork Police Department Incident Report No. 26AF04748<br>(Authored by Defendant Detective/Officer Bronson Kitchen, Completed June 3, 2026) |
| **EXHIBIT B** | Chief Cameron Paul's June 8, 2026 Email<br>(Official confirmation of Incident Report completion timeline and verbatim discipline) |
| **EXHIBIT C** | Jamie Stowers's GRAMA Correspondence (June 4, 5, and 9, 2026 Emails)<br>(Official release of the silent dashcam, confirmation of no audio, and public open status) |

| | |
|---|---|
| **EXHIBIT D** | Plaintiff's Notice of Manual Filing of Media Exhibits (Videos and Recorded Calls)<br>(Pursuant to DUCivR 5-1 and the Court's electronic filing procedures) |