# EXHIBIT A

## AMERICAN FORK POLICE DEPARTMENT INCIDENT REPORT NO. 26AF04748

*(Authored and Finalized by Defendant Bronson Kitchen on June 3, 2026; Released June 4, 2026)*

# American Fork City Police
Incident Report 26AF04748

***Confidentiality Notice***

The Information in this document is CONFIDENTIAL and/or PRIVILEGED. It is intended to be reviewed only by the individual or organization it was disseminated to. If you are not the intended recipient, you are notified that any review, dissemination or copying of this document and its attachments, if any, or the information contained herein, is prohibited. If you have received this document in error, advise the sender of your receipt of it and destroy and/or delete the document immediately.

***PROTECTED RECORD NOTICE***

This document is a PROTECTED RECORD under UCA 63G-2-305(10),(11) and (25). Further and secondary release would interfere with an ongoing criminal investigation or case, jeopardize the life or safety of an individual, and/or is a clearly unwarranted invasion of personal privacy. Release or dissemination of any summaries, transcripts, and video/audio recordings or CJC interviews are also prohibited unless authorized by UCA 77-37-4(5) and (6).

**Nature:** TRAFFIC OFFENSE
**Location:** Other-Or Agency Assists

| | | | | | |
|---|---|---|---|---|---|
| **Offense Reported:** | | **Offense Observed:** | TOFF | | |
| **Offense Codes:** | Traffic Offense | | | | |
| **Received By:** | Kitchen B | **How Received:** | Officer Initiat | **Agency:** | AFPD |
| **Responding Officers:** | Kitchen B | | | | |
| **Responsible Officers:** | Kitchen B | **Disposition:** | Closed Case 06/03/26 | | |
| **When Reported:** | 16:28:00 05/21/26 | **Occurred Between:** | 16:28:00 05/21/26 and 16:36:00 05/21/26 | | |

| | | | | | |
|---|---|---|---|---|---|
| **Assigned To:** | | **Detail:** | SRO | **Date Assigned:** | **/**/** |
| **Status:** | | **Status Date:** | **/**/** | **Due Date:** | **/**/** |

**DRIVERS:**

**Name:** BOOKER, AARON D. **Name Number:** [redacted]

**VEHICLE INFORMATION:**



PROTECTED INFORMATION
Further dissemination to any unauthorized person or agency may result in both civil and criminal liability
Released to: Aaron Booker

**Owner:** [redacted] BOOKER, AARON D.
**Vehicle Number:** 109514 **License Plate:** [redacted]
**VIN:** [redacted] **State:** UT **Expires:** 08/31/26
**Year:** 2019 **Make:** /JEEP **Model:** CHEROKEE **Type:** SUV **Color:** GRY/ **Doors:** 0
**Value:** 0 **Characteristics:**



PROTECTED INFORMATION
Further dissemination to any unauthorized person or agency may result in both civil and criminal liability
Released to: Aaron Booker

**NARRATIVE:**
Detective B. Kitchen
26AF04748 Traffic Offense
Body Cam- No
Dash Cam- Yes

INITIAL STOP:

On 5/21/26 shortly after entering the freeway I saw a dark Jeep in my rear view mirrors that was aggressively switching lanes, following too closely to vehicles in front of him and speeding. Just prior to exit 317 the Jeep entered the HOV lane to exit. I thought the Jeep entered the HOV lane while there was still a double white line so I intiated a traffic stop.

CONTACT WITH AARON BOOKER:

The Jeep came to a stop on the shoulder of the exit. I exited my vehicle and approached the vehicle on the passenger side. As I got to the window I saw the window had been rolled down approximately four inches. I told the driver to roll down the window and he responded with no hes good. I then asked the driver if he'd like me to call highway to come break the window. That escalated the situation and the driver began yelling and then handed me his registration, insurance card and mistakenly handed me his military ID card. I then identified the driver as Aaron Booker and saw that he had served as a Marine. I then attempted to de-escalate the situation and tell Mr. Booker that I appreciated his service. Mr. Booker interupeted me and said he didn't want to hear what I had to say and fuck you give me my ticket. I told Mr. Booker I had no intention of giving him a ticket and just wanted to warn him about improperly entering the HOV lane. Mr. Booker responded with fuck you the carpool lane ends way back at Parrish lane, fuck you give me my ticket. I informed Mr. Booker again that I had no intention of giving him a citation and he responded with then give me my shit. I handed Mr. Booker his papers and walked back to my vehicle.

After exiting the freeway I intended to find my way back to the freeway. I noticed Mr. Booker was now in lane one driving extremely slowly. Not wanting to re-engage I turned right into a parking lot to avoid his vehicle. Mr Booker then crossed across two lanes of traffic and turned into the parking lot. I turned back out onto the main road to head back to the freeway.

I stopped at a red light and while waiting, Mr. Booker pulled up next to my vehicle and began yelling at me again while my window was up. There was multiple vehicle space between Mr. Booker and the vehicle in front of him. I rolled down my window and Mr. Booker demanded my name and badge number. I informed Mr. Booker that our interaction was over. I rolled back up my window and continued to the freeway.

DISPOSITION:

I made a traffic stop on I-15 southbound exit 317 and made contact with the driver Aaron Booker. I gave Mr. Booker a verbal warning.

NOTHING FURTHER



PROTECTED INFORMATION
Further dissemination to any unauthorized person or agency may result in both civil and criminal liability
Released to: Aaron Booker

PROTECTED INFORMATION
Further dissemination to any unauthorized person or agency may result in both civil and criminal liability
Released to: Aaron Booker