# EXHIBIT B

## OFFICIAL EMAIL CORRESPONDENCE FROM AFPD CHIEF CAMERON PAUL

*(Dated June 8, 2026, confirming report timeline and verbatim discipline)*

Gmail [redacted]

# Date of Police Report

3 messages

**Cameron Paul** <cpaul@americanfork.gov> Mon, Jun 8, 2026 at 4:40 PM
To: [redacted]

Hi Aaron,

I just confirmed that Officer Kitchen completed his report on June 3, 2026.

If there is anything else that I can get for you or help you with, please let me know.

Respectfully,

**Cameron Paul | Chief of Police**
**Police Department**

**P** (801) 763-3020
**F** (801) 763-3030
75 E 80 N, American Fork, UT 84003

**Aaron Booker** [redacted] Mon, Jun 8, 2026 at 5:10 PM
To: Cameron Paul <cpaul@americanfork.gov>
Cc: [redacted]

Thank you. May you please remind me what the punishment was for him. I recall the suspension from the vehicle (can't remember timeframe) but nothing else.

Aaron

> On Jun 8, 2026, at 4:41 PM, Cameron Paul <cpaul@americanfork.gov> wrote:
>
> Hi Aaron,
>
> I just confirmed that Officer Kitchen completed his report on June 3, 2026.
>
> If there is anything else that I can get for you or help you with, please let me know.
>
> Respectfully,
>
> <image.png>
>
> **Cameron Paul | Chief of Police**
> **Police Department**
>
> **P** (801) 763 3020
> **F** (801) 763 3030
> 75 E 80 N, American Fork, UT 84003

**Cameron Paul** <cpaul@americanfork.gov> Mon, Jun 8, 2026 at 6:17 PM
To: Aaron Booker [redacted]
Cc: '[redacted]

Hey Aaron,

- Apology to you (which he's done)
- Letter of reprimand in his file
- Suspension of vehicle take-home privileges
- Warning that any future similar conduct will result in additional discipline, including and up to termination

Respectfully,

**Cameron Paul | Chief of Police**
**Police Department**

P (801) 763-3020
F (801) 763-3030
75 E 80 N, American Fork, UT 84003

---

**From:** Aaron Booker [redacted]
**Sent:** Monday, June 8, 2026 17:10
**To:** Cameron Paul <cpaul@americanfork.gov>
**Cc:** [redacted]
**Subject:** Re: Date of Police Report

[Quoted text hidden]