# EXHIBIT C

## OFFICIAL GRAMA CORRESPONDENCE FROM AFPD RECORDS (JAMIE STOWERS)

*(Dated June 4, June 5, and June 9, 2026, establishing public records release and timeline)*

Gmail [redacted]

# Police Records Request - AFPD - Booker (use this official request only)

**Jamie Stowers** <jstowers@americanfork.gov> Thu, Jun 4, 2026 at 1:32 PM
To: [redacted]

Hello Mr. Booker,

Attached to this email is your requested report. For your reference, your case number for this incident is 26AF04748.

Also, as discussed in our phone conversation yesterday, I have also sent the (8, 1-minute increments) dashcam video in a separate link via AXON. I do apologize for the choppy format. If you have any questions or issues at all, please don't hesitate to reach out to me.

Thank You!

Jamie S

Records Specialist
Office: (801)763-3020 Ext. 5623
Fax: (801)763-3030

---

**From:** Terilyn Lurker <tlurker@americanfork.gov>
**Sent:** Tuesday, May 26, 2026 7:39 AM
**To:** Adam Ellison <AEllison@americanfork.gov>; Hallie Witt <hwitt@americanfork.gov>; Jamie Stowers <jstowers@americanfork.gov>
**Subject:** Fw: Police Records Request - AFPD - Booker (use this official request only)

Attached is a request sent in.

**Terilyn Lurker, MMC | City Recorder**
**Administration**

**P** (801) 854-5601
**F** (801) 763 3004
51 E Main St., American Fork, UT 84003

**From:** Aaron Booker [redacted]
**Sent:** Friday, May 22, 2026 8:29 AM
**To:** Terilyn Lurker <tlurker@americanfork.gov>; records <records@americanfork.gov>
**Subject:** Re: Police Records Request - AFPD - Booker (use this official request only)

I made a mistake in my request. The date is May 21, 2026 (not April). Corrected request attached.

> On May 22, 2026, at 5:45 AM, Aaron [redacted] wrote:
>
> My previous request was sent using a wrong email. Please disregard an email from [redacted] and use [redacted] email only.
>
> Please process my GRAMA/police record request based off the following incident:
>
> https://www.youtube.com/watch?v=SO-0HjxVXJA
> <20260522 - AFPD - Booker GRAMA request.pdf>
> <licence.jpg>

---

**26AF04748.pdf**
1995K

Gmail [redacted]

## Police Records Request - AFPD - Booker (use this official request only)

**Jamie Stowers** <jstowers@americanfork.gov> Fri, Jun 5, 2026 at 9:38 AM
To: Aaron Booker [redacted]

Good morning Mr. Booker,

I am so sorry, I should have addressed that in my original email. Unfortunately, because it is a different model of dashcam (per our phone conversation), there is no audio. The footage I sent you is the original, unredacted footage.

I do apologize for that inconvenience!

Thank You!

Jamie Stowers

Records Specialist
Office: (801)763-3020
Fax: (801)763-3030

---

**From:** Aaron Booker [redacted]
**Sent:** Friday, June 5, 2026 9:17 AM
**To:** Jamie Stowers <jstowers@americanfork.gov>
**Subject:** Re: Police Records Request - AFPD - Booker (use this official request only)

Good morning quick question,

For the dash cam, is there no audio? If there is audio, can you please provide the reason for redaction?

Aaron

> On Jun 4, 2026, at 1:33 PM, Jamie Stowers <jstowers@americanfork.gov> wrote:
>
> Hello Mr. Booker,
>
> Attached to this email is your requested report. For your reference, your case number for this incident is 26AF04748.

Also, as discussed in our phone conversation yesterday, I have also sent the (8, 1-minute increments) dashcam video in a separate link via AXON. I do apologize for the choppy format. If you have any questions or issues at all, please don't hesitate to reach out to me.

Thank You!

Jamie S

Records Specialist
Office: (801)763-3020 Ext. 5623
Fax: (801)763-3030

<Outlook-im3y0j01.png>

---

**From:** Terilyn Lurker <tlurker@americanfork.gov>
**Sent:** Tuesday, May 26, 2026 7:39 AM
**To:** Adam Ellison <AEllison@americanfork.gov>; Hallie Witt <hwitt@americanfork.gov>; Jamie Stowers <jstowers@americanfork.gov>
**Subject:** Fw: Police Records Request - AFPD - Booker (use this official request only)

Attached is a request sent in.

<image.png>

**Terilyn Lurker, MMC | City Recorder**
**Administration**

**P** (801) 854 5601
**F** (801) 763-3004
51 E Main St., American Fork, UT 84003

---

**From:** Aaron Booker [redacted]
**Sent:** Friday, May 22, 2026 8:29 AM
**To:** Terilyn Lurker <tlurker@americanfork.gov>; records <records@americanfork.gov>
**Subject:** Re: Police Records Request - AFPD - Booker (use this official request only)

I made a mistake in my request. The date is May 21, 2026 (not April). Corrected request attached.

On May 22, 2026, at 5:45 AM, Aaron [redacted] wrote:

My previous request was sent using a wrong email. Please disregard an email from [redacted] and use [redacted] email only.

Please process my GRAMA/police record request based off the following incident:

https://www.youtube.com/watch?v=SO-0HjxVXJA
<20260522 - AFPD - Booker GRAMA request.pdf>

<licence.jpg>

<26AF04748.pdf>

Gmail Aaron [redacted]

## Police Records Request - AFPD - Booker (use this official request only)

**Jamie Stowers** <jstowers@americanfork.gov> Tue, Jun 9, 2026 at 12:54 PM
To: Aaron Booker [redacted]

That is correct; the law incident report is no longer protected and is available for release upon request.

Thank You!

Jamie Stowers

Records Specialist
Office: (801)763-3020
Fax: (801)763-3030

---

**From:** Aaron Booker [redacted]
**Sent:** Tuesday, June 9, 2026 10:12 AM
**To:** Jamie Stowers <jstowers@americanfork.gov>
**Subject:** Re: Police Records Request - AFPD - Booker (use this official request only)

Resending the below inquiry. I appreciate your time.

Aaron

> On Jun 8, 2026, at 5:22 PM, Aaron Booker [redacted] wrote:
>
> Thank you.
>
> One final question ma'am, the Chief annotated that the internal investigation is now closed. Please confirm that Mr Kitchens report is no longer a protected file since there no longer is an internal investigation
>
> Aaron
>
> > On Jun 8, 2026, at 2:55 PM, Jamie Stowers <jstowers@americanfork.gov> wrote:
> >
> > Hello Mr. Booker,
> >
> > There is no available audio for this footage.

Thank You!

Jamie Stowers

Records Specialist
Office: (801)763-3020
Fax: (801)763-3030

<Outlook-3t5ypt5c.png>

---

**From:** Aaron Booker [redacted]
**Sent:** Saturday, June 6, 2026 12:49 PM
**To:** Jamie Stowers <jstowers@americanfork.gov>
**Subject:** Re: Police Records Request - AFPD - Booker (use this official request only)

Good afternoon,

After extensive research regarding the ROVE R2-4K Pro, it appears that it does record audio. I would like an on the record response to whoever gathered the video evidence that no audio exists for this footage.

Aaron

> On Jun 5, 2026, at 9:39 AM, Jamie Stowers <jstowers@americanfork.gov> wrote:
>
> Good morning Mr. Booker,
>
> I am so sorry, I should have addressed that in my original email. Unfortunately, because it is a different model of dashcam (per our phone conversation), there is no audio. The footage I sent you is the original, unredacted footage.
>
> I do apologize for that inconvenience!
>
> Thank You!
>
> Jamie Stowers
>
> Records Specialist
> Office: (801)763-3020
> Fax: (801)763-3030
>
> <Outlook-yfxbyltj.png>
>
> ---
>
> **From:** Aaron Booker [redacted]
> **Sent:** Friday, June 5, 2026 9:17 AM
> **To:** Jamie Stowers <jstowers@americanfork.gov>

**Subject:** Re: Police Records Request - AFPD - Booker (use this official request only)

Good morning quick question,

For the dash cam, is there no audio? If there is audio, can you please provide the reason for redaction?

Aaron

On Jun 4, 2026, at 1:33 PM, Jamie Stowers <jstowers@americanfork.gov> wrote:

Hello Mr. Booker,

Attached to this email is your requested report. For your reference, your case number for this incident is 26AF04748.

Also, as discussed in our phone conversation yesterday, I have also sent the (8, 1-minute increments) dashcam video in a separate link via AXON. I do apologize for the choppy format. If you have any questions or issues at all, please don't hesitate to reach out to me.

Thank You!

Jamie S

Records Specialist
Office: (801)763-3020 Ext. 5623
Fax: (801)763-3030

<Outlook-im3y0j01.png>

---

**From:** Terilyn Lurker <tlurker@americanfork.gov>
**Sent:** Tuesday, May 26, 2026 7:39 AM
**To:** Adam Ellison <AEllison@americanfork.gov>; Hallie Witt <hwitt@americanfork.gov>; Jamie Stowers <jstowers@americanfork.gov>
**Subject:** Fw: Police Records Request - AFPD - Booker (use this official request only)

Attached is a request sent in.

<image.png>

**Terilyn Lurker, MMC | City Recorder**
**Administration**

**P** (801) 854-5601

F (801) 763 3004
51 E Main St., American Fork, UT 84003

---

**From:** Aaron Booker [redacted]
**Sent:** Friday, May 22, 2026 8:29 AM
**To:** Terilyn Lurker <tlurker@americanfork.gov>; records <records@americanfork.gov>
**Subject:** Re: Police Records Request - AFPD - Booker (use this official request only)

I made a mistake in my request. The date is May 21, 2026 (not April). Corrected request attached.

> On May 22, 2026, at 5:45 AM, Aaron <[redacted] wrote:
>
> My previous request was sent using a wrong email. Please disregard an email from [redacted] and use email only.
>
> Please process my GRAMA/police record request based off the following incident:
>
> https://www.youtube.com/watch?v=SO-0HjxVXJA
> <20260522 - AFPD - Booker GRAMA request.pdf>
> <licence.jpg>

<26AF04748.pdf>