# EXHIBIT D

## PLAINTIFF'S NOTICE OF MANUAL FILING OF MEDIA EXHIBITS (VIDEOS AND RECORDED CALLS)

*(Pursuant to DUCivR 5-1 and the Court's electronic filing procedures)*

AARON BOOKER
20 South Main Street, Unit 163
Bountiful, Utah 84011
Telephone: (385) 350-0517
aaron.booker.litigation@gmail.com
Plaintiff Pro Se

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| AARON BOOKER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF AMERICAN FORK, a Utah municipal corporation;<br>BRONSON KITCHEN, in his individual and official capacities; and<br>DOES 1–10, inclusive,<br><br>Defendants. | **NOTICE OF MANUAL FILING OF MEDIA EXHIBITS**<br><br>Case No.<br><br>Judge: |

Plaintiff AARON BOOKER, appearing pro se, hereby gives notice to the Court and to Defendants that he is manually filing with the Clerk of the Court, pursuant to District of Utah Local Rules (DUCivR 5-1) and the Court's electronic filing procedures for media exhibits, the following electronic media files on a USB flash drive (or other media storage device as accepted by the Clerk):

1. **Plaintiff's Dashcam Video (May 21, 2026 at 16:25):** Video recording of the traffic stop initiated by Defendant Bronson Kitchen on I-15 Exit 317 in Davis County, Utah.
2. **Plaintiff's Dashcam Video of Telephone Conversation with Defendant Kitchen and Sergeant Stowers (May 27, 2026 at 14:47):** Video recording of the apology call in which Defendant Kitchen

explicitly admitted that his factual assumption regarding the HOV Exit was incorrect and apologized for threatening to have another agency break Plaintiff's window.

DATED this 1st day of November, 2026.

Respectfully submitted,

/s/ Aaron Booker

**AARON BOOKER**
*Plaintiff Pro Se*
20 South Main Street, Unit 163
Bountiful, Utah 84011
Telephone: (385) 350-0517
aaron.booker.litigation@gmail.com